(June 21, 1939.)

In the Matter of the Application of BURTON FRENCH ELLIS for Admission to Practice as an Attorney and Counselor at Law. (From the State of California.) — Application granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of RICHARD H. LOWE for Admission to Practice as an Attorney and Counselor at Law. (From the State of New Jersey.) — Application granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of DONALD W. ROBERTSON for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Application denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

(June 27, 1939.)

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of HONOUR B. GELSON, an Attorney and Counselor at Law, Respondent.— Motion to suspend the enforcement of the order of disbarment granted and enforcement thereof suspended until August 1, 1939, to permit respondent to dispose of matters pending in her office. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 834.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.